NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1450, -1451, -1452, -1466, -1468, -1469, 2010-1017

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

---------------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant-Cross Appellant,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Appellees,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees.

and

TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER NY CABLE LLC, AOL, LLC, COMPUSERVE INTERACTIVE SERVICES, INC., NETSCAPE COMMUNICATIONS CORP., CHARTER COMMUNICATIONS ENTERTAINMENT I LLC, CHARTER COMMUNICATIONS HOLDING COMPANY LLC, CHARTER COMMUNICATIONS OPERATING LLC, and CHARTER COMMUNICATIONS, INC.,

Defendants,

and

CSC HOLDINGS, INC. (now known as CSC Holdings, LLC), CABLEVISION SYSTEMS CORPORATION, CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, CABLEVISION OF BROOKHAVEN, INC., CABLEVISION OF CONNECTICUT CORPORATION, CABLEVISION OF HUDSON COUNTY, INC., CABLEVISION OF LITCHFIELD, INC., CABLEVISION OF MONMOUTH, INC., CABLEVISION OF NEW JERSEY, INC., CABLEVISION OF OAKLAND LLC, and CABLEVISION OF ROCKLAND/RAMAPO LLC,

Defendants-Appellees,

and

TDS METROCOM LLC, TDS TELECOMMUNICATIONS CORPORATION, and UNITED STATES CELLULAR CORPORATION,

Defendants.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134, Judge R. Gary Klausner.

- - - - - - - - - - - - - - - - - - - - - -

2009-1467, 2010-1036

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellee,

v.

AMERICAN AIRLINES, INC.,

2009-1450

-2-

Defendant,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Appellants,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants,

and

TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P.,
TIME WARNER NY CABLE LLC, AOL, LLC, COMPUSERVE INTERACTIVE
SERVICES, INC., NETSCAPE COMMUNICATIONS CORP.,
CHARTER COMMUNICATIONS ENTERTAINMENT I LLC,
CHARTER COMMUNICATIONS HOLDING COMPANY LLC,
CHARTER COMMUNICATIONS OPERATING LLC,
and CHARTER COMMUNICATIONS, INC.,

Defendants,

and

CSC HOLDINGS, INC. (now known as CSC Holdings, LLC), CABLEVISION SYSTEMS
CORPORATION, CABLEVISION SYSTEMS NEW YORK CITY CORPORATION,
CABLEVISION OF BROOKHAVEN, INC., CABLEVISION OF CONNECTICUT
CORPORATION, CABLEVISION OF HUDSON COUNTY, INC.,
CABLEVISION OF LITCHFIELD, INC., CABLEVISION OF MONMOUTH, INC.,
CABLEVISION OF NEW JERSEY, INC., CABLEVISION OF OAKLAND LLC,
and CABLEVISION OF ROCKLAND/RAMAPO LLC,

Defendants-Appellants,

2009-1450

and

## TDS METROCOM LLC, TDS TELECOMMUNICATIONS CORPORATION, and UNITED STATES CELLULAR CORPORATION,

Defendants.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134, Judge R. Gary Klausner.

ON MOTION

ORDER

CSC Holdings, Inc. et al. move to withdraw their appeal, 2010-1036. FedEx Corporate Services, Inc. et al. move to withdraw their appeal, 2009-1467.

Upon consideration thereof,

IT IS ORDERED THAT:

1)    The motions to withdraw the appeals are granted. Appeal nos. 2009-1467 and 2010-1036 are dismissed. The revised official caption in 2009-1450 et al. is reflected above.

(2)    All sides shall bear their own costs in 2009-1467 and 2010-1036.

FOR THE COURT

APR 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Stephen C. Neal, Esq.
       Christopher S. Ruhland, Esq.
       Jonathan R. Spivey, Esq.
       Michael McKool, Jr., Esq.
       Josh A. Krevitt, Esq.
       Kara F. Stoll, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 6 2010

JAN HORBALY
CLERK

s20

ISSUED AS A MANDATE (as to 2009-1467, 2010-1036):    APR 1 6 2010

2009-1450

-4-